UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 09-32268 |
|---|---|
| Penelope Jean Walters | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4077913**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 57 | GOOD SAMARITAN HOSPITAL<br>%CITY CREDITS COMPANY<br>3077 KETTERING BLVD<br>DAYTON, OH  45439 | 28.20 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/24/2011

Certificate of Service 09-32268

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

| Penelope Jean Walters | HAROLD W WAMPLER I I I | (57.1) |
| 2693 Ome Avenue | 1343 WOODMAN DR | GOOD SAMARITAN HOSPITAL |
| Dayton, OH 45414 | STE B | %CITY CREDITS COMPANY |
|  | DAYTON, OH 45432 | 3077 KETTERING BLVD |
|  |  | DAYTON, OH 45439 |

(61.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA 23541

Jeffrey M. Kellner BY  /s/ Jeffrey M. Kellner  sv

0932268_42_20110524_1300_278/T317_sv
###